# UNITED STATES DISTRICT COURT
for the

District of __Arizon__

| | |
|---|---|
| United States of America<br>v.<br><br>Chauncey Hollingberry<br>*Defendant* | )<br>) Case No.   20-3058MJ<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Chauncey Hollingberry ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:2261A(2) Conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to another person.

Date:    03/13/2020                                                                 *Michael Morrissey*
                                                                                                        *Issuing officer's signature*

City and state:   Phoenix, Arizona                                 Magistrate Judge Michael T. Morrissey
                                                                                                        *Printed name and title*

### Return

This warrant was received on *(date)*  3-13-2020 , and the person was arrested on *(date)*  3-16-2020
at *(city and state)*   Phx, AZ

Date:   3-16-2020

                                                                                                        *Arresting officer's signature*

                                                                                            FBI
                                                                                                        *Printed name and title*