**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Deborah M. Fine | **Date:** March 16, 2020 |
| **USA v. Chauncey Hollingberry** | **Case Number:** 20-03058MJ-001-PHX-MTM |

**Assistant U.S. Attorney:** Jacqueline Schesnol for Lisa Jennis
**Attorney for Defendant:** Zachary Cain, Assistant Federal Public Defender
**Interpreter:**                                                      **Language:**
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ Restraint Level

**INITIAL APPEARANCE - Held**
**Date of Arrest:** 3/13/2020
☒ Defendant sworn as to financial status          ☐ NO Financial Affidavit taken
☒ AFPD Zachary Cain is appointed for defendant.
☐ Defendant states true name to be SAME.
  Further proceedings ORDERED in Defendant's true name.
☒ Oral motion by the Government to unseal the Complaint is granted.
☒ Defendant shall be temporarily detained in the custody of the United States Marshal. Further ordered the United States Marshal shall evaluate the defendant's diet in relation to his medical condition.
☒ Detention Hearing and Preliminary Hearing set for 3/20/2020 at 1:30 PM before Magistrate Judge Deborah M. Fine in Courtroom 304.

**Recorded By** Courtsmart                                              **IA     8 min**
**Deputy Clerk** Robert Vasquez
                                                                       **Start: 4:20 PM**
                                                                       **Stop:  4:28 PM**