# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

☒ Filed  ☐ Lodged
☐ Received  ☐ Copy

MAR 20 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ Detention Hearing    ☐ Non-Jury Trial    ☐ Jury Trial

USA vs. Hollingberry, Chauncey                                   20-mj-03058-MTM
Last, First, Middle Initial                                      Year-Case No-Deft No-Judge

☒ GOVERNMENT                                ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | 3/20/20 | 3/20/20 | Six Victim Letters |
| 2. | 3/20/20 | 3/20/20 | Reimer Injunction |
| 3. | 3/20/20 | 3/20/20 | Cook Injunction |
| 4. | 3/20/20 | 3/20/20 | Victim K Injunction |
| 5. | 3/20/20 | 3/20/20 | Emails from Defendant |
| 6. | 3/20/20 | 3/20/20 | Mask |
| 7. | 3/20/20 | 3/20/20 | Sign found in Defendant's Closet on March 13, 2020 |
| 8. | 3/20/20 | 3/20/20 | Photograph of Defendant's Mother's Bedroom |
| 9. | 3/20/20 | 3/20/20 | Photograph of Defendant's Bedroom |
| 10. | 3/20/20 | 3/20/20 | Two YouTube videos from Defendant's channel, Law Offices of Daddy & Master dated January 19 and January 20, 2020 |