AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizon

___ FILED ___ LODGED
☒ RECEIVED ___ COPY

MAR 23 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
v.

Chauncey Hollingberry
*Defendant*

)
)  Case No.   20-3058MJ
)
)
)
)

RCVD MAR 13 '20 PM 1:08
US MARSHALS SERVICE AZ

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Chauncey Hollingberry

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:2261A(2) Conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to another person.

Date:   03/13/2020

_____
*Issuing officer's signature*

City and state:   Phoenix, Arizona

Magistrate Judge Michael T. Morrissey
*Printed name and title*

### Return

This warrant was received on *(date)* 3/13/2020, and the person was arrested on *(date)* 3/13/2020
at *(city and state)* PHX, AZ

Date:  3/13/2020

_____ 9284
*Arresting officer's signature*

ANNETTE HANNAH   9284 PHX PD
*Printed name and title*