# Attachment A

Dear Presiding Magistrate Judge,

The physiological, emotional and psychological burdens that Chauncey Hollingberry has caused in my daily life have been severe and have caused me to fear for not only my safety but my family's safety as well. Below are the detailed reasons why I feel that Hollingberry should remain in custody until court proceedings have officially concluded.

Multiple details of my personal information have been shared on the internet without my permission. My phone numbers, home addresses, office location and email have all been shared/disclosed over YouTube or other websites by Hollingberry. Hollingberry even directed his internet followers to send me inappropriate items (tampons and dildos) through the mail to my addresses. I have had multiple individuals harass me through voicemails and emails pertaining to this information being shared. I no longer answer my phone lines unless I know who is calling, which has negatively affected my work and personal life. I also had to change my cell phone number so some of the calls would stop. I am highly concerned for my safety and the safety of my family members as we are afraid that Hollingberry or any of his followers will attempt to follow us from or to any of the addresses that have publicly been shared or cause physical harm to me or anyone who resides in the homes. I am afraid to sit in my office and even physically be at work because my office was zoomed in on during a Youtube Livestream video by Hollingberry and my office is also visible by any member of the public that accesses the lobby or from the window outside of my office. I have contemplated leaving/quitting my job on a daily basis since the harassment has started because I am that fearful that either Hollingberry or one of his followers will attempt to harass me or cause physical harm to me while at work or out in public. I am fearful for my life and family members that would be

affected if anything happened to me. I have been followed home from work by law enforcement to help lessen my fears and concern for safety. However, even with this added protection, I am still afraid that harm will be caused to me. In addition, I am a very private person and only share personal information to those very close to me. Now, because my personal information has been publicly released, anyone who has seen Hollingberry's videos or visited his websites has my personal information and knows where myself or family members reside, when that information would have not been known otherwise.

I am usually a person who does not feel high stress or anxiety. However, due to Hollingberry's videos, my personal information being publicly shared and the statements Hollingberry chose to make in some of his videos, I have developed high anxiety at work and in my personal life as well as reoccurring panic attacks. I was forced to change the way I operate in my daily life and am afraid to go anywhere outside my home, even the gas station or the grocery store. I no longer feel comfortable walking outside my house, even if it's just to do yardwork or take out the trash. I have become a very paranoid individual and am unable to concentrate on important matters. Hollingberry's videos and his verbal abuse towards me have overwhelmed me to the highest point possible. I cry and worry every night about what the next day will bring and how much more Hollingberry will negatively affect my quality of life. Certain relationships within my family and close friends have deteriorated because I am scared to leave my house and have become highly paranoid, but also live in fear.

Hollingberry has negatively affected my career and social life by sending multiple emails to upper management at my workplace and posting on the internet claiming to have nude photos of me and threatening to release them. Although there are no nude photos of me,

Hollingberry's claims have been detrimental to my character and have diminished the respect and admiration people/coworkers have towards me. I have never met Hollingberry before he came into our office for the first time in 2018 and I was enforcing the policies of the AG's office at that time when he decided to personally retaliate against me for doing my job.

I am scared that if Hollingberry is released that he will further retaliate against me personally or any of my family members and continue to escalate his negative actions and verbal abuse against me. I respectfully request that the court keep Hollingberry in custody so that he does not have access to the resources that allow him to personally harass me or retaliate even more against me. I would be a little less fearful in my daily life knowing and having the confidence that Hollingberry is in custody and unable to physically harm me or my family members, unable to communicate more of my personal information to his friends or followers and unable to retaliate against me. My safety and the safety of my family members is my biggest concern.

Sincerely,

March 18, 2020

In reference to a case involving my daughter, [redacted]

I am [redacted] mother, [redacted]

As both of my properties addresses were posted online it has affected my family members in negative ways. We are on constant alert for unusual activity around these properties.

I have witnessed how this has affected all family members. It has changed the way we live in and around the home. It has also affected members mentally and emotionally. I am personally worried for the safety and emotional health of all my family.

This invasion of privacy, and the potential of future threats has me very worried. I would be a little less worried if Hollingberry was kept in custody.

[redacted]

Dear Assistant US Attorney,

Chauncey Hollingberry is my nephew. My sister, ▇▇▇▇▇▇▇▇▇▇▇▇ is Chauncey's mother. When my father passed away in 2015, Chauncey discovered that my brother and I were trustees of my father's Trust.

Because of ▇ is not a contributing member of society with is one of the requirements in the trust, she is not to have access to the bulk of the funds until she is able to maintain stability and properly run her financial affairs. ▇ has yet to meet those requirements.

Upon my father's passing, Chauncey immediately obtained complete power of attorney over ▇▇▇▇▇ (The monthly checks that are sent to ▇ are all signed over to Chauncey). Chauncey then immediately started his massive character assignation campaign determined to destroy my life, which I believe was intended to force me to release the bulk of the Trust funds to ▇.

Chauncey's campaign was not only directed toward me, but my wife and son and my immediate family as well. He contacted anyone who knew me, including those with whom I had personal and business relationships

It started with emails to the to the founders, directors, board member and others involved with Iris Ministries, a non-profit working with street kids and orphans in Mozambique Africa. I was overseeing and creating the" Child Sponsorship Program." Chauncey's emails falsely claimed, among other crazy things, that I was a child abuser. I immediately had an attorney send Chauncey a letter to stop these unfounded accusations. But he would not stop. In fact, he escalated.

About five years ago, my wife, Sally, and I co-founded a non-profit organization called Hope Refuge. Hope Refuge, located in Santa Barbara County, is an organization working with children rescued from the sex trade industry between the ages of 12 and 17.

Hope Refuge has been highly supported by the Santa Barbara community. Hope Refuge has raised well over one million dollars to fully restore a dilapidated camp on 214 acres by partnering many organizations, churches, volunteers and individuals. These same organizations have also provided thousands of hours of

volunteer work in the restoration of the camp. Hope Refuge acknowledges the generosity these organizations by posting their contributions on its web site, and these organizations have also been posting their involvement with Hope Refuge on their own web sites over the years.

In 2019, Chauncey discovered my involvement with Hope Refuge. He immediately began targeting Hope Refuge donors and volunteers through emails internet postings and Facebook. He accused me of child abuse, theft and other false and embarrassing claims. It was a relentless barrage that went on and on.

Chauncey's campaign against me and Hope Refuge came at a very critical time. My wife and I, and several other core founders, had spent four years without compensation getting Hope Refuge off the ground. We had invested over a million's dollars of donated funds. The community has also donated thousands of hours of volunteer work. Hope Refuge was in the final stages of the licensing process when Chauncey began his public assassination of me and Hope Refuge.

Needless to say, Chauncey's unwarranted campaign to maliciously destroy everything that was being built for the most vulnerable children in society created extreme pressure and anxiety on me, my wife and many others who had devoted so much of their lives to make Hope Refuge a reality. It was not only extremely humiliating, but we feared that we would lose our donations and volunteers, and even worse, we feared we not obtain our license to open and operate the facility.

I reached out to Chauncey to try to stem the tide of his attack, but my effort only made him more belligerent. On December 3, 2019, my attorney obtained an injunction against harassment from the superior court in Arizona. I also secured an attorney in Santa Barbara and filed a defamation action in Santa Barbara County Superior Court. (I have attached the Injunction and defamation Complaint. I am also providing references to YouTube videos that I hope you have an opportunity to watch).

When Chauncey arrived at the entrance to Hope Refuge in early January, 2020, with the intent to film our facility, he was served with the Injunction and Complaint by the Sheriff and they escorted him away from the property.

The impact of Chauncey's harassment over the years has had a huge impact on many aspects of my personal life, business life, social life and health. Relentless

emails sent to over 100 local leaders churches, businesses, and donors in Santa Barbara, along with State licensing officials, along with YouTube postings accusing me of immoral, unethical and illegal acts has had a huge emotional toll on me, my family, partners, and board members. It has been devastating, and effective. We have lost the support of many volunteers and donors.

Many years ago, when Chauncey was a teenager, I and my siblings were contacted by a psychologist who was treating Chauncey. The psychologist informed us that Chauncey had threatened to kill all of us. Recently, Chauncey sent an email to my attorney stating that his mission in life was to do everything he legally could do to cause my death. That email scared me and my wife. We also have a five-year old child. We believe that it is only a matter of time until Chauncey's rage pushes him to violence.

Sincerely,

March 19, 2020

Presiding Magistrate Judge,

My name is ███████. I am currently the ███████████████████████ ███████ Prior to my employment here, I was a reporter with ███████████████ ████ here in Phoenix for nearly four years.

I learned of Chauncey Holligberry in March of 2018, following a story I produced and aired regarding his actions on a school campus in Cave Creek where he filmed on campus during school hours, frightening staff, students, and parents. I offered Mr. Hollingberry the opportunity to present his side of the story, which he refused.

Instead Mr. Hollingberry spent the next year trying to harass, stalk, and intimidate me at work, and at home, recruiting others to place several hundred calls into our newsroom, and even showing up in person trying to "confront" me on multiple occasions. Each event escalated in nature, to the point where I was fearful for my safety and the safety of my family.

At one point, Mr. Holligberry even posted a video on YouTube with my photo and photos of my Fiancé, instructing his "followers" to find me in my home.

This caused a considerable amount of stress for myself and my family. As a result, we felt the need to take extensive precautions, purchasing and installing a three-camera security and alarm system, and obtaining our concealed carry permits, at a considerable financial cost to us.

In April of 2019, Hollingberry appeared at one of my live shots in person to film, with the sole purpose of inciting and intimidating. This left me unnerved and fearful to do my job, as it required a significant amount of exposure in the community.

His continuing and escalating obsession prompted me to meet with my company's legal counsel and file an injunction against harassment, which was granted in June of 2019.

I chose to leave my career in TV news in part due to the lingering fear for my safety. I have always believed Mr. Hollingberry would return after my injunction expires.

I personally feel for his newest victims, and I understand the stress this individual has caused. I feel sorry he has been able to inflict his delusions on others, and I hope for everyone's safety that he learns from his actions. He is not a messenger for truth, he is a menace and a parasite.

Thank you,

███████████

To Whom It May Concern:                              Thursday, March 19, 2020

My name is ████████████████████████████████████████. This purpose of this letter is to be used as my statement regarding my experiences with Chauncey Hollingberry, and how he has affected my life.

Chauncey started stalking me in late January/early February of 2018. He did this because he was upset at the fact that I made fun of him, and posted his name, on his now defunct business page on FB, Dragonfire Auditing. He did such things as post my address, phone number, place of employment, place of worship, and my cell phone number online. He also made a video saying that there were sex tapes/porn videos of me on the internet and that I had ties to Stormy Daniels. This, of course, is false.

Chauncey also made videos in which he falsely accused me of threatening, harassing, and intimidating him online, as well as posting his personal information online. These are things I've never done. He did this over a period of months to incite anger against me to his followers, which during that time was over 10,000 subscribers on his now deleted YouTube account, Dragonfire Auditing. The comments of his followers suggested violence towards me, telling him ways to bankrupt me, go after my husband's income, etc. to make me and my family homeless.

Chauncey followed me from court the first time I went there in attempts to file a restraining order against him. He went to the school I was teaching at in 2018, ████ Elementary, which caused us to go into lockdown. He filed a lawsuit against my school district when after he was given all of the information he requested showed that I did not use my school computer to harass him online. He accused my district of hiding information to protect me. He ended up dismissing this case, but it did not help me as an employee, as I was seen as a liability. He even showed up at the district building in the summer of 2018 with his camera and harassed our superintendent, ████████ on camera. I happened to be taking a professional development class at the district building the day he did this, and they shut the doors of the conference room we were in, so that way he wouldn't be able to film or come near me.

When Chauncey posted my cell phone number on social media, several people called me. One was Chauncey himself, in which he just whispered my name repeatedly. Another call was a follower of his, who said that I was "fucking with the wrong person". Two of my children were

in the car with me during those phone calls, and were afraid that Chauncey, and/or one of his followers, were going to harm me and/or my family.

Chauncey also called my pastor in attempts to make me look like a bad person/Christian. My pastor did call me to ask what it was all about, as he was very confused. This made me nervous, thinking Chauncey would stalk me at my church.

Chauncey used a fake FB profile in January of 2019, and went onto my FB page, accusing me of being a racist (which he had also accused me of in previous videos of his), and went so far as to have someone call my principal, as well as sending her screenshots of my FB page. I ended up meeting with HR and my principal. They agreed that they knew I wasn't racist (I certainly am not), but HR told me he was worried that I may be a liability if Chauncey decided to come to the school again to get to me, as I was the clear target. This made me fear for my job.

Chauncey impersonated ▓▓▓▓▓▓▓▓ in the summer of 2018 and called a church, stating that ▓▓ and I wanted to take sex offenders who had been released from prison to church services. I ended up clarifying with the people at that church that it was Chauncey who had called them (they even mentioned that it was his name on the caller ID), and that he was doing this to harass ▓▓ and I.

Chauncey once again came to ▓▓▓▓▓ Elementary on November 9, 2019. He did this solely to intimidate and harass me. Unbeknownst to him, I had left on a leave of absence for the school year. When he found out I wasn't working there, he made another video stating that I had been fired. In either that video, or another one that he made, he stated that "that's what happens when you mess with me (him)", which demonstrated that his intent this whole time was to have me fired. He has since deleted these, and several other, videos.

Chauncey came to my street on December 1, 2019. He had his camera rolling. Before that, he had made another video stating that he was going to video tape my house from the sidewalk, so I was afraid when he did come to my street that he would be coming to my house. Luckily, he never came down to my end of the street. This again was done to intimidate me, and it reinforced my anxieties that he was never going to leave me alone.

Due to all that Chauncey has said and done, my mental and emotional health has suffered. I have an anxiety disorder, and this caused several anxiety attacks that affected my

homelife and my performance at my job. My husband and children were afraid that he and/or one of his followers were going to cause harm to us. I had several nightmares due to his actions, which affected my sleep and how I functioned daily. I was constantly afraid that I was going to be fired due to his actions.

As I have since gotten a new job, and purchased a new property where we are moving to, I am afraid he will contact my new place of employment ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Socially, this has affected me, as people have posted on social media that I was the cause of the lockdown when he first went to ▓▓▓▓▓▓, and people in the community believe Chauncey's claims that I was harassing him and that I was fired due to this, none of which is true. It has also made me nervous to go to public places in town, as I've been afraid that either he or his followers will approach and harass me in public.

I tried several times to get a restraining order placed on him to no avail. The police couldn't do anything, or so I was told, every time I called them or went to the police station. I felt helpless and believed the only way anything would be done to stop Chauncey would be when he harmed or killed me, and then of course, it would be too late. As I am typing this statement up, I am shaking and sick to my stomach. I am afraid that even if Chauncey went to jail, his followers, due to the many lies he has told, will retaliate on his behalf. I'm wondering if I'll ever feel safe again.

Thank you for your time and efforts in learning about how Chauncey has affected my life due to all he has said and done. It is appreciated.

Sincerely,

I, ▇▇▇▇▇▇▇▇▇▇ first encountered Chauncey Hollingberry from a YouTube video in early 2018 where he was harassing the Maricopa Police Department. This interaction was just comments put on the video because this is a great police department and they do not need people telling them to call them master and harassing them. Chauncey asked his followers to start identifying who the commenters were that were criticizing him in his videos and on Facebook. I was in a private Maricopa Facebook Group where the discussion of the video and Chauncey was happening. One person in the group managed to identify Chauncey and posted his mugshot from 2013 in the Group. He somehow managed to infiltrate the group and started to collect screenshots, posts and comments from the group, and he threatened to target people that were identified in the group. This made me a target of him and his followers.

What I mean by a target is that Chauncey directed his followers to look into where I worked and where I live. When they found out that I worked for ▇▇▇▇▇▇▇▇ Unified School District, they decided that I was a full government employee and that also made the school district a target. They felt they wanted to manage and harass the school district. It started with mental stress over the comments that they would put verbally in videos and written in the comments of the videos. They would threaten to ruin my job, that they would not rest until I was fired. In March of 2018, Chauncey and three other of these "First Amendment Auditors" made a visit to Cave Creek school district and proceed to harass the front office staff, while trying to put in a FIOA request for my hard drive, work and personal phones, as well as internet history on my computer. Chauncey also asked for all internet history for all district staff in later FOIA request. Chauncey also initiated a "call flood" against the district on the initial day he showed up. This caused a shutdown of our phone system from overload. The call flood happened at a critical time as the high school and middle school were in the process of letting school out. Parents would attempt to contact the schools, but would not be able to during this time. This "call flood" could have also prevented any emergency calls from going out, if there was to be one.

Chauncey's visit did result in me getting a formal reprimand at work and caused me concern over my job as I have not been reprimanded prior to this. The HR director and management and the lawyers for the school were all looking into whether or not I was a liability to the district as they did not want parents concerned over the safety of their children.

Chauncey and/or followers have called my phone numbers and threatened me, ranging from threatening my job, to losing my girlfriend and even threatening my life as they considered me a waste of government money/tax dollars. They have gone through my trash and found out information on my financial accounts, putting all my savings and bill paying at risk. They have contacted me, telling me that they are going to contact my girlfriend and tell her what they believe I am doing, that will cause her to leave me. Based on comments on one of his videos, we believe we were somehow tracked or followed to a resort in New River. They claim to have pictures of me at the resort over a weekend when I was not working. He, or one of his followers has come to my neighborhood and tried to convince my neighbors that I am a bad person. This is slander on my person.

I live in fear of my life due to the verbal threats on my phone. I have anxiety over losing my job because of this harassment, I have concerns that they will make things up to drive my friends, girlfriend and family away from me. The school has had to pay for the lawyer each time he makes a FIOA request.

I have not suffered any financial hardships, but Chauncey has caused panic, anxiety and emotional distress to me and my girlfriend that I had at the time of these incidents. I believe that these incidents have also caused a strain on the relationship with the girlfriend I had at the time.

When this was going on in 2018, someone created a fake Facebook profile of my deceased wife using a picture from a memorial page I had created for her. I managed to report and get this profile removed. I also lost my original Facebook profile when his followers started targeting it and reporting posts, comments and the profile itself. Facebook eventually removed my profile, and I had to start over with a new profile under a new email address.

Signed,

