|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | 20-3058MJ-001-PHX-MTM |
| vs. | **ORDER** |
| Chauncey Hollingberry, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 3161(b) and in light of the date the complaint issued, this case requires presentment to the grand jury between March 16 and April 17, 2020. However, in light of D. Ariz. General Order 20-12 (issued March 16, 2020) suspending grand jury proceedings until April 17, 2020, this court previously ordered the 39-day time period between March 16, 2020 and April 24, 2020 excluded under the Speedy Trial Act. Pursuant to D. Ariz. General Order 20-20 (issued April 16, 2020), all grand jury proceedings have now been further suspended and the grand jury will not be in session again until after June 1, 2020.

Due to the effect of the public health recommendations on the ability of grand jurors and counsel to be present in the courtroom in light of the recent outbreak of Coronavirus Disease 2019 (COVID-19) and the well-documented concerns surrounding this virus, the time period for presentment to the grand jury in this case will need to be extended further. Fed. R. Crim. P. 6(a)(1) requires a grand jury to have between 16 and 23 members. On March 16, 2020, President Trump released guidelines that call for people to avoid gathering in groups of more than 10 people. Pursuant to General Orders 20-12 and 20-20, the grand jury will not be in session again in the District of Arizona until June 2, 2020. Therefore,

the time for presentment of this case to the grand jury will be extended for an additional 43 days. This 43-day period shall be excluded under the Speedy Trial Act. The Court specifically finds that the ends of justice served by ordering the extension outweighs the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In addition, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iii), the Court finds that a miscarriage of justice would result if time were not excluded under these unique circumstances, during which it is unreasonable to expect return and filing of the indictment within the time period specified in § 3161(b).  Therefore, the 43 days from (and including) April 24, 2020 through June 5, 2020 are excluded under the Speedy Trial Act.

**IT IS ORDERED** granting the Government's Second Motion to Suspend Speedy Trial Clock and Extend Time to Indict (Doc. 20).

DATED this _____ day of May, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge