JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

ZACHARY CAIN, State Bar #020396
Asst. Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700
Fax: (602) 382-2800
Zachary_Cain@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Chauncey Hollingberry,<br><br>Defendant. | Case No. 20-3058MJ-001-PHX-MTM<br><br>**NOTICE OF APPEAL**<br><br>**(FRAP 9(a) APPEAL)** |

Notice is hereby given that Chauncey Hollingberry, defendant in the above-named case, appeals to the U.S. Court of Appeals for the Ninth Circuit from the order entered in this case on May 28, 2020 (Docket No. 25) denying his motion to reopen the detention hearing and denying his motion for release pending trial.

Respectfully submitted: June 4, 2020.

JON M. SANDS
Federal Public Defender

*s/Zachary Cain*
ZACHARY CAIN
Federal Public Defender

1