

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 20-10183 |
|---|---|
| Plaintiff-Appellee, | D.C. Nos. 2:20-mj-03058-MTM-1 |
| v. | 2:20-mj-03058-MTM |
| CHAUNCEY HOLLINGBERRY, | District of Arizona, Phoenix |
| Defendant-Appellant. | ORDER |

Before: SCHROEDER, HAWKINS, and CALLAHAN, Circuit Judges.

This is an appeal from the district court's pretrial detention order. We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

We review the district court's factual findings concerning the danger that appellant poses to the community under a "deferential, clearly erroneous standard." *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008) (quoting *United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990)). The conclusions based on such factual findings, however, present a mixed question of fact and law. *Hir*, 517 F.3d at 1086. Thus, "the question of whether the district court's factual determinations justify the pretrial detention order is reviewed de novo." *Id*. at 1086-87 (citations omitted).

We first affirm the district court's finding that the detention hearing was proper because this is a case that involves "a serious risk that [defendant] will

AT/MOATT

obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror." 18 U.S.C. § 3142(f)(2)(B).

We also affirm the district court's pretrial detention order. The district court correctly found that the government has met its burden of showing, by clear and convincing evidence, that "no condition or combination of conditions will reasonably assure . . . the safety of . . . the community," 18 U.S.C. § 3142(e), and that appellant therefore poses a danger to the community. *See Hir*, 517 F.3d at 1094.

The motion to transmit a physical exhibit (Docket Entry No. 7) is denied as moot.

**AFFIRMED.**